# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

Case No. 8:25-cv-01430-DOC-(JDEx) Date September 24, 2026

Title: Chyanne Butler v. JSerra Catholic High School et al

Present: The Honorable DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Timothy Lawson | Drew Tate, William Stein |

____ Day Court Trial FOUR Day Jury Trial

___ One day trial: ___ Begun (1st day); X Held & Continued; ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made by ____

✓ Witnesses called, sworn and testified. ✓ Exhibits Identified ✓ Exhibits admitted.

✓ Plaintiff(s) rest. ✓ Defendant(s) rest.

___ Closing arguments made by ___ plaintiff(s) ___ defendant(s). ___ Court instructs jury.

___ Bailiff(s) sworn. ___ Jury retires to deliberate. ___ Jury resumes deliberations.

___ Jury Verdict in favor of ___ plaintiff(s) ___ defendant(s) is read and filed.

___ Jury polled. ___ Polling waived.

___ Filed Witness & Exhibit Lists ___ Filed jury notes. ___ Filed jury instructions.

___ Judgment by Court for ____ ___ plaintiff(s) ___ defendant(s).

___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s) ___ defendant(s).

___ Case submitted. ___ Briefs to be filed by ____

___ Motion to dismiss by ____ is ___ granted. ___ denied. ___ submitted.

___ Motion for mistrial by ____ is ___ granted. ___ denied. ___ submitted.

✓ Motion for Judgment/Directed Verdict by Defendant is ___ granted. ___ denied. ✓ submitted.

___ Settlement reached and placed on the record.

___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

___ Trial subpoenaed documents returned to subpoenaing party.

✓ Case continued to September 25, 2026 at 7:30 AM for further trial/further jury deliberation.

___ Other:

4 : 51

Initials of Deputy Clerk kdu

cc: