# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | | | |
|---|---|---|---|
| Case No. | 8:25-cv-01430-DOC-(JDEx) | Date | September 25,2026 |
| Title: | Chyanne Butler v. JSerra Catholic High School et al | | |

Present: The Honorable DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Deborah Parker, Miriam Baird, Court Smart |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Timothy Lawson | Drew Tate, William Stein |

____ Day Court Trial FIVE Day Jury Trial

____ One day trial: ____ Begun (1st day); ____ Held & Continued; X Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by ____

____ Witnesses called, sworn and testified. ____ Exhibits Identified ____ Exhibits admitted.

____ Plaintiff(s) rest. ____ Defendant(s) rest.

✓ Closing arguments made by ✓ plaintiff(s) ✓ defendant(s). ✓ Court instructs jury.

✓ Bailiff(s) sworn. ✓ Jury retires to deliberate. ____ Jury resumes deliberations.

✓ Jury Verdict in favor of ____ plaintiff(s) ✓ defendant(s) is read and filed.

____ Jury polled. ✓ Polling waived.

✓ Filed Witness & Exhibit Lists ✓ Filed jury notes. ✓ Filed jury instructions.

____ Judgment by Court for ____ ____ plaintiff(s) ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).

____ Case submitted. ____ Briefs to be filed by ____

____ Motion to dismiss by ____ is ____ granted. ____ denied. ____ submitted.

____ Motion for mistrial by ____ is ____ granted. ____ denied. ____ submitted.

____ Motion for Judgment/Directed Verdict by is ____ granted. ____ denied. ____ submitted.

____ Settlement reached and placed on the record.

✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

✓ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

____ Case continued to ____ for further trial/further jury deliberation.

✓ Other: Parties to lodge final judgment pursuant to final jury verdict by no later than and of day October 5, 2026.

03 : 43

Initials of Deputy Clerk kdu

cc: