FILED
CLERK, U.S. DISTRICT COURT
09/25/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: kdu DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

CHYANNE BUTLER,

Plaintiff,

v.

JSERRA CATHOLIC HIGH SCHOOL, RICHARD MEYERS, AND DOES 1 THROUGH 10, INCLUSIVE,

Defendants.

Case No.: 8:25-cv-01430-DOC-JDE

**TRIAL WITNESS LIST**

Trial Date: September 21, 2026

| Name | Summary of Testimony / Why Testimony Unique | Date of OST |
|---|---|---|
| Plaintiff Chyanne Butler | Plaintiff will testify as to all claims that remain at the time of trial. Plaintiff will testify relating to any damages issues that remain at the time of trial. | 9/21/2026<br>9/22/2026 |
| Christopher Ledyard | Mr. Ledyard will testify regarding Plaintiff's performance, the information presented to him concerning applicable policy violations, and the roles, duties, and compensation of various coaches, including how those responsibilities differ from Plaintiff's. | 9/23/2026<br>9/24/2026 |
| Richard Meyer | Mr. Meyer will testify about JSerra's policies and mission to promote Catholic teachings, as well as the decision to terminate the Plaintiff's employment. | 9/22/2026<br>9/24/2026 |
| Phil Talleur | Mr. Talleur will testify regarding his disciplinary history and the school's response to his conduct as compared to Plaintiff. | 9/22/2026 |
| Cora Swanson | Ms. Swanson will testify regarding the HR investigation, lack of progressive discipline, and deviations from standard procedures in Plaintiff's termination. | 9/24/2026 |

| Name | Summary of Testimony / Why Testimony Unique | Date of OST |
|---|---|---|
| Keith Wilkinson | Mr. Wilkinson will testify regarding his disciplinary history and the school's response to his conduct as compared to Plaintiff. | 9/22/2026 |
| Jeff Noviello | Mr. Noviello will testify regarding common coaching practices, including social media use involving student-athletes. | |
| Gabe Higerd | Mr. Higerd will testify regarding coaching practices and communications with student-athletes within the athletic department. | |
| Kevin Clements | Mr. Clements will testify regarding coaching conduct and the enforcement of policies within the athletic department. | |
| Mike Nolan | Mr. Nolan will testify regarding his written complaint concerning inconsistent enforcement of school policies. | |
| AJ Brown | Ms. Brown will testify regarding her experience as a female minority coach and treatment of coaches at JSerra. | |
| Caroline Gavin | Ms. Gavin will testify to the nature, terms, and conditions of Cora Swanson's employment, | |

| Name | Summary of Testimony / Why Testimony Unique | Date of OST |
|---|---|---|
| | employment history, and the basis for Ms. Swanson's separation of employment, as well as Defendant's policies, procedures, and practices pertaining to Defendant's employees and employee investigations. | |
| Maurice Othic | Mr. Othic will testify regarding his disciplinary history and the school's response to his conduct as compared to Plaintiff. | 9/22/2026 |