FILED
CLERK, U.S. DISTRICT COURT
09/25/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: kdu DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

CHYANNE BUTLER,

Plaintiff,

v.

JSERRA CATHOLIC HIGH SCHOOL, RICHARD MEYERS, AND DOES 1 THROUGH 10, INCLUSIVE,

Defendants.

Case No.: 8:25-cv-01430-DOC-JDE

**VERDICT (REDACTED)**

## VERDICT FORM – 1
## RETALIATION

**Select one of the two options listed below, then proceed to the next claim.**

**On Plaintiff's claim for Retaliation:**

_____ We find in favor of Plaintiff and against Defendant.

__✓__ We find in favor of Defendant and against Plaintiff.

## VERDICT FORM – 2
## GENDER/SEX DISCRIMINATION

**Select one of the two options listed below, then proceed to the next claim.**

**On Plaintiff's claim for Gender/Sex Discrimination:**

_____ We find in favor of Plaintiff and against Defendant.

__✓__ We find in favor of Defendant and against Plaintiff.

## VERDICT FORM - 3
## WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY

**Select one of the two options listed below, then proceed to the next Verdict Form.**

**On Plaintiff's claim for Wrongful Termination in Violation of Public Policy:**

_____ We find in favor of Plaintiff against Defendant.

__✓__ We find in favor of Defendant and against Plaintiff.

**VERDICT FORM - 4**
**DAMAGES ON MULTIPLE THEORIES**

*If you found for Plaintiff on VERDICT FORM – 1, VERDICT FORM – 2, or VERDICT FORM – 3, answer Question 1.*

1. What are Plaintiff's damages for her claims for discrimination on the basis of sex, retaliation, and/or wrongful termination?

a. Past Lost Wages: $ ____________________

b. Future Lost Wages: $ ____________________

c. Mental Suffering: $ ____________________

*To calculate total damages, if any, add up amounts listed in 3a, 3b, and 3c.*

TOTAL: $ ____________________

**VERDICT FORM - 5**
**PUNITIVE DAMAGES**

*If you found for Plaintiff on VERDICT FORM – 1, VERDICT FORM – 2, or VERDICT FORM – 3, answer Question 2.*

2. Did Defendant's officers, directors or managing agents engage in the conduct with malice, oppression, or reckless disregard?

___Yes ___No

*If "Yes" to Question 2, then answer Question 3. If "No," proceed to signature.*

3. What are Plaintiff's punitive damages for her claims for discrimination on the basis of sex, retaliation, and/or wrongful termination?

$ ____________________

*Stop here and have the presiding juror sign and date this form.*

Signed: [redacted]
Presiding Juror

Dated: Sept, 25th, 2026

After the verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.