JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

CHYANNE BUTLER,

Plaintiff,

v.

JSERRA CATHOLIC HIGH SCHOOL, AND DOES 1 THROUGH 10, INCLUSIVE,

Defendants.

Case No.: 8:25-cv-01430-DOC-JDE

**FINAL JUDGMENT**

Complaint Filed: May 30, 2025
FAC Filed: March 3, 2026
Trial Date: September 21, 2026

This action came for two separate trials on May 18, 2026, and September 21, 2026, in Courtroom 10A of Ronald Reagan Federal Building and United States Courthouse in Santa Ana, California, the Honorable David O. Carter, United States District Judge for the United States District Court, Central District of California, presiding. Plaintiff CHYANNE BUTLER ("Plaintiff") and Defendant JSERRA CATHOLIC HIGH SCHOOL ("Defendant") appeared by and through their respective attorneys.

On May 18, 2026, a jury of eight persons was impaneled and sworn to try the action. After a six-day trial and after deliberations, the jury returned a Verdict in favor of Defendant (Dkt. No. 106 and 110) and against Plaintiff on Plaintiff's causes of action for Race Discrimination, Breach of Contract, and Sexual Harassment. The jury also returned a Verdict finding that Plaintiff did not perform vital religious duties at the core of Defendant's mission under the Ministerial Exception. The Jury was further undecided on Plaintiff's claims for Gender/Sex Discrimination, Retaliation, and Wrongful Termination in Violation of Public Policy. The contents of the jury's Verdict, which was filed on May 26, 2026, are hereby incorporated by reference as if set forth fully herein.

On September 21, 2026, another jury of eight persons was impaneled and sworn to try the action. After a five-day trial and after deliberations, the jury returned a Verdict in favor of Defendant (Dkt. No. 143 and 148) and against Plaintiff on Plaintiff's causes of action for Sex/Gender Discrimination, Retaliation, and Wrongful Termination in Violation of Public Policy. The contents of the jury's Verdict, which was filed on September 25, 2026, are hereby incorporated by reference as if set forth fully herein.

Based on the jury's Verdicts, the Court NOW ORDERS AS FOLLOWS:

1. Judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's First Cause of Action for Breach of Contract;

2. Judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's Third Cause of Action for Sex/Gender and Race/Ethnicity Discrimination in Violation of Title VII;

3. Judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's Fourth Cause of Action for Race Discrimination in Violation of 42 U.S.C. § 1981;

4. Judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's Fifth Cause of Action for Sexual Harassment in Violation of Title VII;

5. Judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's Sixth Cause of Action for Retaliation in Violation of Title VII;

6. Judgment is entered in favor of Defendant and against Plaintiff on Plaintiff's Seventh Cause of Action for Wrongful Termination in Violation of Public Policy.

**IT IS SO ORDERED.**

DATED: October 6, 2026

David O. Carter

Honorable David O. Carter
UNITED STATES DISTRICT COURT JUDGE